DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ALBERT EDWARD ROSE, II,**
Appellant,

v.

**STEPHEN SPENCER,** as Personal Representative of the **ESTATE OF ROSEMARIE ROSE-SPENCER, OMAR SIDDIQI,** and **EMILY MCHUGH, AS TRUSTEE OF THE ROSEMARIE ROSE-SPENCER TESTAMENTARY TRUST,**
Appellees.

No. 4D2024-3043

[November 13, 2025]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Samantha Schosberg Feuer, Judge; L.T. Case No. 502023CP002758.

Tesha Allison of The Law Office of Tesha Allison, P.A., Weston, for appellant.

Anthony M. Barbuto of Barbuto Law Firm, P.A., Wellington, for appellee Stephen Spencer.

Hung V. Nguyen of The Nguyen Law Firm, Coral Gables, for appellee Omar Siddiqi.

Andrew Cummings of Therrel Baisden, LLP, Miami for appellee Emily McHugh.

PER CURIAM.

*Affirmed.*

GROSS, CIKLIN and SHEPHERD, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***